# 11 CV 6912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gerald Bennett AKA
Aaron Bennett

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

John Doe police office working
at 6th precent Lower manhatten
detictive 233 W 10 ST N.y. N.y 10014
Jane Doe police office working
at 6th precent Lower manhatten
detictive 233 W 10 ST N.y. N.y 10014

City of New york police department
1 police plaza
N.y. N.y 10038

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No

*(check one)*

RECEIVED
SDNY PRO SE OFFICE
2011 SEP 27 AM 9: 13

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name Gerald Bennett AKA Aaron Bennett
ID # 349-10-19025
Current Institution Rikers Island Doc N.I.C
Address 1500 Hazen Street East Elmhurst
new york 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

John Doe detective 6th precinct
233 W10th Street N.y N.y. 10014

*Rev. 05/2007*

Jane Doe detective 6th precinct
233 W10th Street N.y. N.y. 10014

City of New york police department
1 police plaza N.y. N.y 10038

Defendant No. 1    Name _John Doe_____ Shield # _____
                   Where Currently Employed _6Th Precend_____
                   Address _233 w 10Th Street New York N.y____
                   _10014_____

Defendant No. 2    Name _Jane Doe_____ Shield # _____
                   Where Currently Employed _6 Precanct_____
                   Address _233 w 10Th Street Newyork N.y____
                   _10014_____

Defendant No. 3    Name _City of New york polic_ Shield # _____
                   Where Currently Employed _N.y.P.D department____
                   Address _1 police plaza_____
                   _Newyork Newyork 10038_____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

                   _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____
_N.Y. PD_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
_in parking lot of 6Th precinct_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_November 20th 2010    around or about 4:30 Am_____

D.    Facts: I was arrested an Striped Searched By police officers Names unKnown instead Calling Them John an Jane Doe I was arrested And taken To The parking lot of 6th precinct at Which Time i Was Layed on the ground all my pant under wear pulled down To my ankels an Sex an sneakers Removed Then Sprayed With Water from garden HoSe Between But cheeks and also from Head to Toe Then eloth pulled Half way up an dragged INTo precinct WITh one shoe off across concreate Causing Injury to right on Right foot.

*Want Informed to you?*

*Was did what?*

John Doe pulled down my clothing an sprayed me down with The Water Jane Doe Just looked for Drugs an Help put eloth Back in place an Bring me in precinct

*Was anyone else involved?*

unKnown

*Wan else saw what happened?*

Video recordings

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Cut To Big Toe on Righ FooT I Recieved Treatment at M.D.C. Wound cleaning van Bandage To The Wound WITh vasitration A&D also Every day after Treatment at N.I.C on Rikers Island Ci

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_I was in the streets an itaken to 6th precinct where event took place_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✓_    No _____    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _I file grievance complaint with c.c.R.B_

1.    Which claim(s) in this complaint did you grieve? _The violation of my civil rights and mental & physical damage_

2.    What was the result, if any? _Still pending_
_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
       remedies. _____

_____

_____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
          administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). 1 Million dallors 1,000,000 compensatory
and Two million 2,000,000 punitive damage _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Rev. 05/2007*                                    5

**VI.** **Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes _____   No _____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓    No _____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  Morales V. City

Defendants  The city of N.y.c municipal corporation martin Horn commissioner of N.y.c D.O.C
Robert shaw warden at N.y.c correct commission of Health affair michell Bacon
an patricia Gordon

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number  10-CV-9534 (RPP)

4.  Name of Judge assigned to your case  Honorable Robert P. Patterson

5.  Approximate date of filing lawsuit  6-16-2018

6.  Is the case still pending?  Yes ✓   No _____
    If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20__.

Signature of Plaintiff    Gerald Bennett aka aaron Bennett

Inmate Number    349-10-19025

Institution Address    Riker Island
NIC, 1500 HAZen ST
EAST Elmhurst N.Y.
11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **8** day of **September**, 20 **11**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    Gerald Bennett