UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Bennett
_____

(In the space above enter the full name(s) of the plaintiff(s).)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/12
```

-against-

P.O. Michael Susana # 15165  6Th precinct
P.O Christine Aibotti # 3784, 6 precinct
City of New York
_____

**AMENDED COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

1( Civ. 6912 (PGG)(LAP)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Aaron Bennett
            ID #  11R3245
            Current Institution  Franklin Correctional Facility
            Address  62 Bare Hill Road P.O. Box 10
            Malone N.Y. 12953

Rev. 01/2010                                1

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name City of new york   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 2   Name Michael Susana   Shield # 15165
Where Currently Employed 6th Precinct
Address 233 W 10th Street
Man new york new york

Defendant No. 3   Name Christine Aigotti   Shield # 3784
Where Currently Employed 6th Precinct
Address new york new york
233 W 10th Street

Defendant No. 4   Name _____   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____   Shield # _____
Where Currently Employed _____
Address _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
6th Precinct Parking Lot

B.  Where in the institution did the events giving rise to your claim(s) occur?
Parking Lot

Rev. 01/2010                                2

C. What date and approximate time did the events giving rise to your claim(s) occur?

november 20Th aT approximately 4:30 A.m

**What happened to you?**

D. Facts: I was arrested by two officers from 6Th Precinct in a pizza shot on 7Th ave an Then Taken To precinct where I was strip searched in parking Lot of precinct Having my pants an underwear pulled down to my onckel also Having my sock an shoes Removed while Laying on ground Then Began To Be Sprayed with water from a Hose By officer michael Susana in Search of Drugs Hidden in Between Butt cheeks after Be Sprayed in Between Butt cheeks, was also Sprayed from Head To Toe Then unproperly dressed Then dragged into police Station By officer michael Susana an Christine A. Gotti with one shoe an sock off cause me To recieve a cut on Right Foot Big Toe from Being scraped on pavement after Being Brought into police station I was strip of my Clothing an giving Hospital clothing an placed inside a Cold cell damp Because I was never properly dryed off after Being Sprayed

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Recieved a cut on Big Toe on Right Foot an was Treated at m.d.C Then also Treated at N.I.C infirmary on Rikers Recieving dressing changes wet To dry with a & D Cream

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

*Rev. 01/2010*          3

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_6th Precinct_

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___   No ___   Do Not Know ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ___

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? _C.C.R.B_

1.  Which claim(s) in this complaint did you grieve? _Illegal Strip Search an injury to foot_

2.  What was the result, if any? _Still investigating_

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

Rev. 01/2010                     4

_____
_____
_____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:
_____
_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
_____
_____
_____
_____
_____
_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *one million dollars 1,000,000 compensatory 2,000,000 Two million punitive damage for pain an suffering an mental anguish*

_____
_____
_____
_____
_____
_____
_____

_____
_____

**VI.    Previous lawsuits:**

<span style="border:1px solid black; padding:2px">On these claims</span>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.   Docket or Index number _____
   4.   Name of Judge assigned to your case _____
   5.   Approximate date of filing lawsuit _____
   6.   Is the case still pending?  Yes ____ No ____
        If NO, give the approximate date of disposition _____
   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

<span style="border:1px solid black; padding:2px">On other claims</span>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No ____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:
   Plaintiff  Jose Maroles etc. Aaron Bennett
   Defendants  City of Newyork municipal Corporation Correction Commission of Health affairs Patrica gordon & mechell Bacon

   2.   Court (if federal court, name the district; if state court, name the county) N.Y
   _____
   3.   Docket or Index number  10-cv-9534 (RPP)
   4.   Name of Judge assigned to your case  Honarable Robert P. Patterson
   5.   Approximate date of filing lawsuit  6-10-2010

*Rev. 01/2010*                                         6

6. Is the case still pending? Yes ✓ No ___
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Still pending_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of January, 20 12.

Signature of Plaintiff  _Aaron Bennett_
Inmate Number  _11 R 3245_
Institution Address  _Franklin Correctional Facility 62 Bare Hill Road P.O. Box 10 malone new york 12953_

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of January, 20 12 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _Aaron Bennett_

*Rev. 01/2010*                                                                 7