UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    11-CIV.-06912 (PGG)
_____ x

AARRON BENNETT                          |
    - AGAINST -                         |        AMENDED COMPLAINT
P.O MICHAEL SUSANNA #15165              |
P.O CHRISTINE A. GOTTI #3784            |        JudGE. PAUL G. GARDEPHE
    CITY OF NEW YORK                    |

                                        |
                                        |
_____ x

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____             │
│ DATE FILED: 10/18/12                 │
└─────────────────────────────────────┘
```

## I. PARTIES IN THIS COMPLAINT.

(A) PLAINTIFF: (1) AARON BENNETT
                    ID# 11 R 3245
                    FRANKLIN CORRECTIONAL FACILITY
                    62 BARE HILL ROAD P.O. BOX 10
                    MALONE NY 12953
                    TELEPHONE # (518) 483-6040

(B) DEFENDANTS: (1) P.O. MICHAEL SUSANNA
                    BADGE # 15165
                    6th PRECINCT
                    233 WEST 10th STREET
                    NEW YORK NY 10004

                (2) P.O CHRISTINE A GOTTI
                    BADGE # 3784
                    6th PRECINCT
                    233 WEST 10th STREET
                    NEW YORK NY 10004

                (3) CITY OF NEW YORK

II. STATEMENT OF CLAIM.

A. THE EVENTS GIVING RISE TO MY CLAIM OCCURRED AT THE 6th PRECINCT, PRECISELY AT SAID PRECINCT PARKING LOT AND CONTINUING THROUGH THE PARKING LOT PRECINCT DOOR, ON TO THE BATHROOM OF THE PRECINCT.

B. THE DATE OF SAID OCCURANCE WAS NOVEMBER 20th, 2010, AT APPROXIMATELY 4:30 A.M..

C. I WAS ARRESTED BY OFFICER MICHAEL SUSANNA #15165 AND OFFICER CHRISTINE A. GOTTI #3784 AT A PIZZA SHOP ON 7th AVE AND TAKEN TO THE 6th PRECINCT PARKING LOT. I AM disabled AND CANNOT WALK UNASSISTED. I do NOT HAVE USE of BOTH MY LEGS. I informed the OFFICERS of MY CONDITION AND WAS ROUGHLY HANDCUFFED FROM behind MY back. I WAS PUT ON the GROUND in the PARKING LOT of the 6th PRECINCT AND STRIPPED of MY CLOTHES BY OFFICER SUSANNA while OFFICER GOTTI WATCHED. OFFICER SUSANNA then PROCEEDED to SPRAY ME WITH A HOSE, SPRAYING WATER BETWEEN MY GLUTES TO CAVITY SEARCH ME FOR dRUGS ALL THE WHILE OFFICER GOTTI CONTINUED TO WATCH. I WAS THEN SPRAYED FROM HEAD TO TOE AND MY CLOTHES WERE SOAKED by OFFICER SUSANNA. AFTER THIS, A WEAK ATTEMPT TO DRESS ME IN the WET CLOTHES by OFFICER SUSANNA AND LEAVING ME WITH ONE SHOE ON AND ONE SHOE OFF. I WAS then GRABBED by both ARMS by EACH OFFICER ON EITHER SIDE OF ME AND dRAGGED INTO THE PRECINCT THROUGH THE PARKING LOT DOOR. I WAS THEN TAKEN TO THE BATHROOM, STRIPPED AGAIN OF ALL CLOTHES AND GIVEN A HOSPITAL GOWN TO WEAR. OFFICER SUSANNA did this AS OFFICER GOTTI WATCHED. I WAS NOT dRIED OFF AND WAS SUFFERING FROM the cold CONDITION OF the WATER AND NOVEMBER WEATHER. As A RESULT of both OFFICERS

dRAgging me on THE CONCRETE OF THE PARKING LOT And then dRAgged on the Floor of the PRECINCT, MY CLOTHES WERE RuINEd. BOTH OFFICERS RefusEd me medical SERVICES.

III. INJURIES.

(A) I RECIEVED A deEP CUT ON THE FIRST BIG TOE OF MY RIGHT FOOT. I WAS TREATED AT THE MANHATTAN DETENTION CENTER And UPON TRANSFER TO RiKERS IsLAND I WAS TREATED AT THE NORth INFIRMARY CONTROL whERE I WAS housEd.

(B) I HAd BUMPS And BRUISES ON MY Body AS A Result OF beINg RoughLY handLed, HandCuFFEd behind my back And dRAgged ON the CONCRETE And 6ᵗʰ PRECINCT FLOOR.

(C) I SuFFERED beINg HosEd down WITH CoLd WATER iN THE CoLd NOVEMBER WEATHER And then FoRCED to WEAR WET CLOTHES AS A RESULT of THE HosINg.

(D) HumiLiATION And de9RAgATION AS A RESULT of beINg STRiPPEd NAKEd And HosEd WITH WATER iN MY PRiVATE AREAS AS A FEMALE OFFICER WATCHEd WITHOUT TRYINg TO STOP.

(E) SEXUAL ASSAULT FROM WATER beINg SPRAYEd IN MY GLUTES AS A FEMALE OFFICER WATCHEd.

(F) DEPRESSION And ANXIETY AS A RESULT OF CRUEL AND UNUSUAL PUNISHMENT AND TREATMENT FROM OFFICERS of THE LAW.

(G) NIGHTMARES AS A RESULT OF CRUEL AND UNUSUAL PUNISHMENT FROM OFFICERS OF THE LAW.

## IV EXHAUSTION OF ADMINISTRATIVE REMEDIES

(1) AT THE PRESENT DATE OF THE WRITING OF THIS COMPLAINT, the PLAINTIFF is INCARCERATED AT FRANKLIN CORRECTIONAL FACILITY WHOSE ADDRESS is THE following:

> AARON BENNETT
> ID # 11 R 3245
> FRANKLIN CORRECTIONAL FACILITY
> 62 BAREHILL ROAD P.O BOX 10
> MALONE, NY 12953

(2) FURTHERMORE WHOSE TELEPHONE NUMBER TO THE FACILITY IS:

> (518) 483-6040

(3) THE PLAINTIFF deposes AND SAYS, THAT AT THE OCCURANCE OF EVENTS THAT GAVE RISE TO THE COMPLAINT, THE PLAINTIFF WAS NOT IN JAIL, PRISON OR ANY OTHER CORRECTIONAL FACILITY AND THEREFORE THE PRISON LITIGATION REFORM ACT ("PLRA") UNDER 42 U.S.C. § 1997e(a) does NOT APPLY TO THE PLAINTIFF to EXHAUST ADMINISTRATIVE REMEDIES.

(4) THE PLAINTIFF deposes AND SAYS, that I did CONTACT THE "CIVIL COMPLAINT REVIEW BOARD" (C.C.R.B) AND the EVENTS OF THE COMPLAINT ARE UNDER INVESTIGATION BY THE C.C.R.B., WHICH KEEPS CONTACT WITH ME OF THE INVESTIGATION VIA TELEPHONE AND U.S. MAIL SERVICE.

(5) THE PLAINTIFF DEPOSES AND SAYS, that I WROTE to the "FREEDOM OF INFORMATION LIAISON," AND USED the PRISON DEPOSITORY U.S MAILBOX. REQUESTING VIDEO FOOTAGE OF THE PARKING LOT OF THE 6th PRECINCT ON November 20th, 2010, AND the ENTRANCE DOOR OF THE PARKING LOT DURING the OCCURANCE OF EVENTS that GAVE RISE TO THE COMPLAINT, OCCURING APPROXIMATELY 4:30 AM AND WAS NOT RESPONDED to OR ACKNOWLEDGED. A COPY OF THE REQUEST IS INCLUDED AS AN EXHIBIT.

Ⅴ RELIEF.

(A) THE PLAINTIFF SEEKs RELIEF OF ONE MILLION DOLLARS (1,000,000) COMPENSATORY.

(B) THE PLAINTIFF SEEKS RELIEF OF TWO MILLION DOLLARS (2,000,000) PUNITIVE FOR DAMAGES OF PAIN AND SUFFERING AND MENTAL ANGUISH.

(C) THE PLAINTIFF SEEKs ANY OTHER RELIEF, INJUNCTIVE AND DECLARATORY, AS SUCH AS JUST AND PROPER DEEMED BY THE COURT.

## VI  PREVIOUS LAWSUITS.

(A)  THE PLAINTIFF DEPOSES AND SAYS, NO OTHER LAWSUIT WAS FILED IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED WITH THIS ACTION BESIDES the REQUEST TO AMEND the COMPLAINT.

(B)  THE PLAINTIFF DEPOSES AND SAYS. THAT THERE IS ANOTHER LAWSUIT FILED RELATING TO MY IMPRISONMENT.

(C)  THE PARTIES INVOLVED IN the OTHER LAWSUIT ARE AS FOLLOWS:

(1) AARON BENNETT – PLAINTIFF
(2) JOSE MORALES – PLAINTIFF
(3) CITY OF NEW YORK MUNICIPAL CORPORATION – DEFENDANT
(4) CORRECTION COMMISSION of HEALTH AFFAIRS – DEFENDANT
(5) PATRICA GORDON – DEFENDANT
(6) MECHEII BACON – DEFENDANT

(D)  THE FEDERAL DISTRICT IS SOUTHERN DISTRICT of N.Y., AND THE INDEX NUMBER IS 10-CIV-9534 (R.P.P), AND THE JUDGE ASSIGNED TO THE CASE IS HONORABLE Robert P. PATTERSON AND the APPROXIMATE dATE OF FILING IS 6-10-2010. THE CASE IS STILL PENDING.

I, AARON BENNETT, deposes and says that I declare under PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge.

DATED: MALONE, NY
          March 13 2012


                                    AARON BENNETT
                            SIGNATURE *aaron Bennett*
                                    PLAINTIFF — PRO-SE

                            FRANKLIN CORRECTIONAL FACILITY
                            62 BAREHILL ROAD P.O. BOX 10
                            MALONE NY 12953
                            TELEPHONE # (518) 483-6040

SWORN BEFORE ME THIS,
DATE: March 13, 2012

*Maureen Layhee*
NOTARY PUBLIC

MAUREEN LAYHEE
Notary Public, State of New York
Qualified in Franklin County
Reg. No. 01LA4975722
Commission Expires Dec. 17, 20 14

(EXHIBIT A)

8-17-2011
DATE

RE: FREEDOM OF INFORMATION REQUEST

Dear Sirs:

Pursuant to the *Freedom Of Information Act* – 5 U.S.C.A. 552, and *the Privacy Act Of 1974* – 5 U.S.C.A. 552(a) and the regulations promulgated under the above Acts, I hereby request a copy of all files, tapes, documents, recordings, transcriptions, statements, records, and all informative and relative material to the issue herein described.

I am requesting: any an all doccuments video pertaning to incadent on 11-20-2010 AT 6 precent in lower manhatten

**I certify that I am:**
Full Name: Gerald Bonnett AKA Aaron Bonnett
Current Address: 1500 HAzen st EAST Elmhurst N.Y 11370
Date of Birth: 5-27-1982
Place of Birth: King's County Hospital Bklyn. N.Y USA
S.S. Number: 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

If this request is denied either in whole or in part, please advise me of the reason(s) why and inform me as to your agency's procedures for appeal. If any expenses are incurred in connection with this request, please inform me of all such charges prior to them being accrued.

Further, if my request is not granted within ten (10) working days or no response is received within that time frame, I will deem my request denied.

Thank you in advance for your attention to this matter.

Respectfully Submitted,

Gerald Bonnett

Sworn to before me this 17 day of August, 20 11

NOTARY PUBLIC
Notary Public, State of New York
Qualified in Queens County
Registration No. 01AK6161518
Commission Expires February 26, 2015